# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LOUIS BRANCH,

                       Plaintiff,

    v.

N. GRANNIS, et al.,

                       Defendants.

                           /

CASE NO. 1:08-cv-01655-SMS PC

ORDER DENYING PLAINTIFF'S MOTION FOR PROOF OF SERVICE AS PREMATURE

(ECF No. 38)

Plaintiff Louis Branch ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 22, 2011, the undersigned issued an order directing the United States Marshal to serve the amended complaint on Defendant D. Umphenour.  On July 14, 2011, Plaintiff filed a motion for proof of service by the United States Marshal.  (ECF No. 38.)  The complaint is in the process of being served and the time for service to be completed has not yet passed.  See Fed. R. Civ. P. 4.  Once the complaint has been served Plaintiff will receive notification.

Accordingly, Plaintiff's motion for proof of service is HEREBY DENIED as premature.

IT IS SO ORDERED.

**Dated:**   **July 22, 2011**                **/s/ Sandra M. Snyder**
                                   UNITED STATES MAGISTRATE JUDGE

1