# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH, | 1:08-cv-01655-AWI-GSA-PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO STAY DISCOVERY |
| v. | (Doc. 64.) |
| D. UMPHENOUR, et al., | ORDER STAYING DISCOVERY UNTIL COURT ISSUES ORDER OPENING DISCOVERY |
| Defendants. | |

Louis Branch ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 7, 2008. (Doc. 1.) This action now proceeds on the Second Amended Complaint filed by Plaintiff on August 25, 2010, against defendant D. Umphenour and two Doe defendants for failure to protect in violation of the Eighth Amendment, and against defendant Umphenour for retaliation in violation of the First Amendment.[1] On October 6, 2011, defendant Umphenour ("Defendant") filed a motion to dismiss, which is pending before the Court. (Doc. 49.)

On February 21, 2012, Plaintiff filed a motion to stay discovery in this action. (Doc. 64.) Plaintiff requests a stay on discovery pending resolution of Defendant's motion to dismiss and

---

[1] On May 11, 2011, the Court dismissed all other claims and defendants from this action, based on Plaintiff's failure to state a claim. (Doc. 29.) The Doe defendants have not been sufficiently identified by Plaintiff to enable service of process by the U.S. Marshal.

1

Plaintiff's motion to file a Third Amended Complaint. Specifically, Plaintiff requests a stay of Defendant's January 29, 2012 Requests for Production of Documents, Admissions, and Interrogatories.

The parties are advised that discovery in this action is not yet open. The Court shall issue an order commencing discovery at a later stage of the proceedings.[2] Until then, the parties may not pursue discovery in this action, and Plaintiff may disregard any pending discovery requests which have been served upon him by Defendant. Thus, Plaintiff's motion to stay is granted.

Accordingly IT IS HEREBY ORDERED that:

1. Plaintiff's motion to stay discovery is GRANTED;
2. Discovery in this action is STAYED until such time as the Court issues an order opening discovery.

IT IS SO ORDERED.

Dated: **February 22, 2012**          /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

---

[2] Ordinarily, discovery is not opened by the Court until after an Answer has been filed by one or more of the defendants. In this action, Defendant's motion to dismiss is pending and no Answer has been filed.

2