UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH,<br><br>    Plaintiff,<br><br>    vs.<br><br>N. GRANNIS, et al.,<br><br>    Defendants. | 1:08-cv-01655-AWI-GSA-PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION<br>(Doc. 118.)<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY/SCHEDULING ORDER OF OCTOBER 21, 2013, TO DEFENDANTS SZALAI AND ALVAREZ<br>(Doc. 109.)<br><br>Deadline to Amend Pleadings−  04/21/2014<br>Discovery Cut−Off Date−          06/21/2014<br>Dispositive Motion Deadline−   09/02/2014<br><br>FORTY-FIVE DAY DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT SZALAI AND ALVAREZ' DISCOVERY REQUESTS |

**I.    BACKGROUND**

Louis Branch ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 7, 2008. (Doc. 1.) This action now proceeds on the Third Amended Complaint, filed by Plaintiff on July 10, 2013, against defendants Umphenour, Szalai, and Alvarez for deliberate indifference to a serious risk to Plaintiff's safety in violation of the Eighth Amendment, and against defendant Umphenour for retaliation in violation of the First Amendment. (Doc. 94.)

On February 18, 2014, Plaintiff filed a motion for the court to issue a scheduling order applicable to defendants Szalai and Alvarez. (Doc. 118.)

## II. PLAINTIFF'S MOTION

Plaintiff requests a discovery/scheduling order applicable to defendants Szalai and Alvarez. Plaintiff notes that on October 16, 2013, defendant Umphenour filed an Answer to Plaintiff's complaint, and on October 21, 2013, the court issued a Discovery/Scheduling Order applicable to defendant Umphenour. (Docs. 107, 109.) Then, on December 3, 2013, defendants Szalai and Alvarez filed an Answer to the complaint, but the court has not issued a new discovery/scheduling order applicable to defendants Szalai and Alvarez. (Doc. 116.)

Plaintiff asserts that on November 14, 2013, defendants Szalai and Alvarez inappropriately served discovery requests upon Plaintiff before filing their Answer. Plaintiff seeks guidance by the court, before responding to the requests, as to the appropriateness of defendants Szalai and Alvarez' discovery requests at this stage of the proceedings.

Good cause appearing, Plaintiff's motion shall be granted, and the court shall extend the application of the court's October 21, 2013 Discovery/Scheduling order to defendants Szalai and Alvarez. The parties are reminded that any requests for extensions of the deadlines set in the order must be filed prior to the expiration of the deadlines in question.

## III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion filed on February 18, 2014, is GRANTED;
2. The court's Discovery/Scheduling Order of October 21, 2013, is now applicable to all of the defendants to this action: Szalai, Alvarez, and Umphenour;
3. The deadline to amend pleadings is April 21, 2014;
4. The deadline for completion of discovery, including the filing of motions to compel, is June 21, 2014;
5. The deadline for the parties to file pretrial dispositive motions is September 2, 2014; and

///

6. Within forty-five days of the date of service of this order, Plaintiff shall respond to the discovery responses served upon Plaintiff by Defendants Szalai and Alvarez on November 14, 2013.

IT IS SO ORDERED.

Dated:  **February 21, 2014**                              **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE