UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH,<br><br>      Plaintiff,<br><br>  vs.<br><br>N. GRANNIS, et al.,<br><br>      Defendants. | 1:08-cv-01655-AWI-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ATTACH APPENDIX TO AMENDED OPPOSITION<br>(Doc. 158.)<br><br>ORDER FOR PLAINTIFF TO <u>EITHER</u>:<br><br>(1) NOTIFY THE COURT THAT HE RESTS ON HIS AMENDED OPPOSITION AND MOTION TO STRIKE FILED ON JANUARY 29, 2015, <u>OR</u><br><br>(2) WITHDRAW HIS AMENDED OPPOSITON AND MOTION TO STRIKE, AND FILE A SECOND AMENDED OPPOSITION AS INSTRUCTED BY THIS ORDER<br><br>THIRTY DAY DEADLINE |

## I.    BACKGROUND

Louis Branch ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 7, 2008. (Doc. 1.) This action now proceeds on the Third

Amended Complaint, filed by Plaintiff on July 10, 2013, against defendants Umphenour, Szalai, and Alvarez ("Defendants") for deliberate indifference to a serious risk to Plaintiff's safety in violation of the Eighth Amendment, and against defendant Umphenour for retaliation in violation of the First Amendment. (Doc. 94.)

On February 5, 2015, Plaintiff filed a motion to attach an appendix to his January 29, 2015 amended opposition to Defendants' pending motion for summary judgment. (Doc. 158.)

## II.    LOCAL RULE 220 – CHANGED PLEADINGS

Local Rule 220 provides in part:

> Unless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading. No pleading shall be deemed amended or supplemented until this Rule has been complied with. All changed pleadings shall contain copies of all exhibits referred to in the changed pleading.

On January 29, 2015, Plaintiff filed an amended opposition to Defendants' pending motion for summary judgment, and a related motion to strike evidence. (Docs. 155, 156.) Now Plaintiff seeks to attach an appendix to his amended opposition. Under Local Rule 220, Plaintiff may not add an appendix after the amended opposition has been filed. To add the appendix, Plaintiff must file a second amended opposition which is complete within itself.

Plaintiff shall be allowed thirty days in which to either (1) notify the court that he rests on his amended opposition and related motion to strike evidence filed on January 29, 2015, or (2) withdraw his amended opposition and related motion to strike evidence and file a second amended opposition. If Plaintiff chooses to file a second amended opposition and also seeks to file another motion to strike evidence, he should include the motion to strike as part of the second amended opposition, not as a separate motion.

## III.   CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to attach an appendix to his January 29, 2015 amended opposition is DENIED;

///

2. Within thirty days from the date of service of this order, Plaintiff shall either

   (1) Notify the court in writing he wishes to rest on his amended opposition and motion to strike evidence filed January 29, 2015, and does not wish to file a second amended opposition; or

   (2) Withdraw his January 29, 2015 amended opposition and motion to strike evidence, and file a second amended opposition as instructed by this order;

   and

3. Plaintiff's failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **February 19, 2015**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE