# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH,<br><br>    Plaintiff,<br><br>    v.<br><br>D. UMPHENOUR, et al.,<br><br>    Defendants. | Case No. 1:08-cv-01655-SAB-PC<br><br>ORDER SETTING TELEPHONIC CONFERENCE CALL |

Plaintiff Louis Branch is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge. Local Rule 302; ECF Nos. 5 & 184.

This action is proceeding against Defendants Umphenour, Szalai, and Alvarez for deliberate indifference to Plaintiff's safety in violation of the Eighth Amendment, and against Defendant Umphenour for retaliation in violation of the First Amendment.

In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

Accordingly, IT IS HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on **June 1, 2016, at 11:30 a.m.,** in Courtroom 9 before the undersigned, and

///

2. Counsel shall contact Courtroom Deputy Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated:  **May 26, 2016**

UNITED STATES MAGISTRATE JUDGE

2