# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. UMPHENOUR, et al.,<br><br>　　　　Defendants. | Case No. 1:08-cv-01655-SAB-PC<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF NO. 220) |

This matter was set for a settlement conference before U.S. Magistrate Judge Michael J. Seng on September 9, 2016, and the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff to the courthouse on September 9, 2016, at 10:30 a.m. On August 15, 2016, a minute order was entered, continuing the settlement conference to September 30, 2016, at 10:00 a.m. The Court will therefore vacate the writ for the September 9, 2016, settlement conference. A writ for the continued settlement conference will issue at an appropriate date.

Accordingly, Plaintiff Louis Branch, CDCR No. B-17786, is no longer needed by the Court on September 9, 2016, and the writ of habeas corpus as to this inmate is VACATED.

IT IS SO ORDERED.

Dated: **August 17, 2016**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE