# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH,<br><br>           Plaintiff,<br><br>      v.<br><br>D. UMPHENOUR, et al.,<br><br>           Defendants. | Case No.  1:08-cv-01655-SAB-PC<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF NO. 229) |

This matter was set for a settlement conference before U.S. Magistrate Judge Michael J. Seng on September 30, 2016, and the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff to the courthouse on September 30, 2016, at 10:00 a.m. On September 27, 2016, a minute order was entered, cancelling the settlement conference for Plaintiff's failure to comply with the order of September 19, 2016.  (ECF No. 236.)

Accordingly, Plaintiff Louis Branch, CDCR No. B-17786, is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **September 28, 2016**

UNITED STATES MAGISTRATE JUDGE

1