UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH,<br><br>    Plaintiff,<br><br>    v.<br><br>N. GRANNIS, et al.,<br><br>    Defendants. | CASE NO. 1:08-cv-01655-SAB (PC)<br><br>**ORDER REGARDING NOTICE RE CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>**(ECF No. 238)** |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in a civil rights action brought pursuant to 42 U.S.C. § 1983.

This matter was set for a settlement conference on September 30, 2016. (ECF No. 224.) On September 19, 2016, the Court ordered the parties to submit, not later than September 26, 2016, Confidential Settlement Conference Statements containing specified information. (ECF No. 233.) Plaintiff's submission did not contain the specified information.  Given the absence of that information, the settlement conference was cancelled. (ECF No. 236.) Accordingly, the Court also denied as moot Plaintiff's requests to appear at the settlement conference by telephonic or video conference. (ECF No. 239.)

On September 28, 2016, Plaintiff filed a notice stating that his settlement conference statement was submitted in response to an earlier order which did not call for the information the undersigned had required. (ECF No. 238; See ECF No. 214.) Plaintiff also explained that his submission predated his receipt of the undersigned's order and its specific requests. Finally, Plaintiff reiterated his intent not to participate in the settlement conference in person, and again asked to appear by telephonic or video conference.

Accordingly, the Court concludes, and issues this order to note, that Plaintiff's failure to comply with the Court's order regarding the content of the settlement conference statement was attributable to delays within the prison mail system and not to any fault or neglect on the part of Plaintiff. Nonetheless, the settlement conference was cancelled for the reasons stated.

The Court's order denying as moot Plaintiff's motions (ECF Nos. 223 &231) for telephonic or video conference stands. (ECF No. 239.) Given Plaintiff's objections to personal participation in a voluntary settlement conference outside the prison, no further settlement conferences will be scheduled in this case by the undersigned.

IT IS SO ORDERED.

Dated:   October 3, 2016                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE