# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH,<br><br>            Plaintiff,<br><br>      v.<br><br>D. UMPHENOUR, et al.,<br><br>            Defendants. | Case No.  1:08-cv-01655-SAB (PC)<br><br>ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING TO DECEMBER 5, 2016 |

Currently a telephonic trial confirmation hearing is set in this action for December 2, 2016.  Due to conflicts in the Court's calendar, the trial confirmation hearing shall be continued to December 5, 2016 at 3:30 p.m.

Accordingly, IT IS HEREBY ORDERED that the telephonic trial confirmation hearing set for December 2, 2016, at 9:30 a.m. in CONTINUED to December 5, 2016 at 3:30 p.m. in Courtroom 9.  All other aspects of the trial scheduling order issued June 2, 2016, shall remain in effect.

IT IS SO ORDERED.

Dated:   **October 4, 2016**

UNITED STATES MAGISTRATE JUDGE

1