# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH,<br><br>    Plaintiff,<br><br>    v.<br><br>D. UMPHENOUR, et al.,<br><br>    Defendants. | Case No. 1:08-cv-01655-SAB (PC)<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CHANGE OF VENUE |

On November 28, 2016, Plaintiff filed a motion for a change of venue. On December 5, 2016, the Court conducted a telephonic trial confirmation hearing during which Defendants indicated they intended to oppose the motion for change of venue.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall file their opposition to Plaintiff's motion for change of venue on or before December 12, 2016;

2. Plaintiff shall file his reply, if any, on or before December 19, 2016; and

3. The matter will be deemed submitted once Plaintiff files his reply brief or upon expiration of the filing date.

IT IS SO ORDERED.

Dated: __December 6, 2016__

_____
UNITED STATES MAGISTRATE JUDGE

1