# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH,<br><br>        Plaintiff,<br><br>   v.<br><br>D. UMPHENOUR, L. SZALAI, and J. ALVAREZ,<br><br>        Defendants. | Case No. 1:08-cv-01655-SAB (PC)<br><br>ORDER THAT INMATE LOUIS BRANCH IS NO LONGER NEEDED AS A PLAINTIFF/WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

A jury trial in this matter commenced on January 30, 2017, and has now concluded. Inmate Louis Branch CDCR Inmate No. B-17786, is no longer needed by the Court as a plaintiff/witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **January 31, 2017**

UNITED STATES MAGISTRATE JUDGE

1