

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

LOUIS BRANCH,

        Plaintiff,

vs.

D. UMPHENOUR, et al,

        Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:08-cv-01655-SAB (PC)

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANTS D. UMPHENOUR, L. SZALAI, J. ALVAREZ and against PLAINTIFF LOUIS BRANCH.

DATED:  February 1, 2017

                                      MARIANNE MATHERLY, Clerk

                          By: _____
                                    Deputy Clerk