# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. UMPHENOUR, L. SZALAI, and J. ALVAREZ,<br><br>　　　　Defendants. | Case No. 1:08-cv-01655-SAB (PC)<br><br>ORDER REQUIRING DEFENDANTS TO SUPPLEMENT BILL OF COSTS<br><br>(ECF No. 319)<br><br>DEFENDANTS' SUPPLEMENT DUE WITHIN FIVE DAYS<br><br>PLAINTIFF'S OPPOSITION DUE BY MARCH 8, 2017 |

On February 6, 2017, Defendants filed a bill of costs in this action seeking costs of $2,182.00. Upon review of the bill of costs, Defendants have not provided any documentation to explain the manner in which the duplication costs were calculated.

Accordingly, IT IS HEREBY ORDERED that:

1. Within five days of the date of entry of this order, Defendants shall supplement their bill of costs by providing documentation regarding how the duplication costs were calculated; and

2. Plaintiff's opposition to the bill of costs, if any, shall be filed on or before March 8, 2017.

IT IS SO ORDERED.

Dated:   **February 7, 2017**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1