# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH,<br><br>           Plaintiff,<br><br>      v.<br><br>D. UMPHENOUR, et al.,<br><br>           Defendants. | Case No.  1:08-cv-01655-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO SCREEN PLAINTIFF'S FOURTH AMENDED COMPLAINT<br><br>(ECF No. 364) |

Louis Branch ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

On August 27, 2021, Defendants filed a request for the Court to screen Plaintiff's fourth amended complaint filed on August 26, 2021.  (ECF No. 364.)

Defendant's request is granted, and the Court will screen Plaintiff's fourth amended complaint pursuant to 28 U.S.C. § 1915A in due course.

IT IS SO ORDERED.

Dated:   **August 30, 2021**

UNITED STATES MAGISTRATE JUDGE

1