# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH,<br><br>    Plaintiff,<br><br>    v.<br><br>D. UMPHENOUR, et al.,<br><br>    Defendants. | Case No.  1:08-cv-01655-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR A COPY OF THE FOURTH AMENDED COMPLAINT<br><br>(ECF No. 366) |

Louis Branch ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

On August 26, 2021, Plaintiff filed a fourth amended complaint which is before the Court for screening pursuant to 28 U.S.C. 1915A.  (ECF No. 362.)  Plaintiff requests a copy of the fourth amended complaint in order to serve Defendants.  However, Plaintiff's motion is unnecessary as the Court has yet to screen the fourth amended complaint, and if after screening it is ordered served on Defendants the Court will direct a copy be served on all appropriate Defendants.  Accordingly, Plaintiff's motion for a copy of his fourth amended complaint is denied.

IT IS SO ORDERED.

Dated:   **October 15, 2021**

                              UNITED STATES MAGISTRATE JUDGE