**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. UMPHENOUR, et al.,<br><br>　　　　Defendants. | Case No. 1:08-cv-01655-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE DEADLINE TO FILE AN EXHAUSTION MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 378) |

　　Louis Branch ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

　　Currently before the Court is Defendant's motion to extend the time to file an exhaustion motion for summary judgment, filed April 25, 2022.

　　Good cause having been presented, it is HEREBY ORDERED that the deadline to file an exhaustion motion for summary judgment is extended to May 25, 2022.

IT IS SO ORDERED.

Dated:   **April 26, 2022**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1