# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH,<br><br>   Plaintiff,<br><br>v.<br><br>D. UMPHENOUR,<br><br>   Defendant. | Case No. 1:08-cv-01655-SAB (PC)<br><br>ORDER FOR PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE PRETRIAL STATEMENTS<br><br>(ECF No. 386) |

  Louis Branch ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

  This case is currently set for jury trial on May 23, 2023. (ECF No. 386.) The parties pretrial statements were due on or before March 14, 2023, and the pretrial conference is scheduled for April 7, 2023, at 9:30 a.m. (Id.)

  Although Defendant filed a motion to modify the scheduling order on March 17, 2023 (ECF No. 387), neither party has filed their pretrial statements and the deadline has passed.[1]

  Accordingly, it is HEREBY ORDERED that:

1. Within five (5) days, the parties shall file their respective pretrial statements AND show cause why sanctions should not be imposed for failure to comply with a court order. Local Rule 110.

IT IS SO ORDERED.

Dated: **March 20, 2023**

            UNITED STATES MAGISTRATE JUDGE

---

[1] If the parties believe a settlement conference would be beneficial, they are encouraged to reach out to the Court to schedule a conference.