# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. UMPHENOUR,<br><br>　　　　Defendant. | Case No. 1:08-cv-01655-SAB (PC)<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT CONFERENCE ON MAY 1, 2023<br><br>(ECF No. 401) |

Louis Branch ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for settlement conference on May 1, 2023, before Magistrate Judge Barbara A. McAuliffe.

On April 18, 2023, Plaintiff filed a request for the appointment of pro bono to assist in the settlement conference on May 1, 2023. (ECF No. 401.)

Although this Court's number of available voluntary counsel is very limited, after significant effort, the Court has found pro bono counsel available to assist Plaintiff in the settlement conference scheduled on May 1, 2023. Patrick S. Schoenburg has been selected from the Court's Pro Bono Attorney Panel to represent Plaintiff as limited purpose counsel and has agreed to be appointed. However, due to time constraints and the limited number of counsel available to assist through jury trial, pro bono counsel's participation in this matter is limited only to the settlement conference and will terminate after the settlement conference. Therefore, if the case does not settlement, counsel will not assist Plaintiff in the jury trial scheduled on June 13, 2023. Counsel Schoenburg and Deputy Attorney General Matthew Wilson shall

communicate prior to the May 1, 2023, settlement conference in order to exchange information necessary for participation in the conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Patrick S. Schoenburg is appointed as limited purpose counsel for Plaintiff in the above titled matter. This appointment is for the limited purpose of assisting Plaintiff with the settlement conference set for May 1, 2023.
2. Patrick S. Schoenburg's appointment will terminate following the settlement conference.
3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
4. The Clerk of the Court is directed to serve a copy of this order upon Patrick S. Schoenburg, Wood Smith Henning & Berman LLP, 7108 N. Fresno St., Suite 250, Fresno, CA 93720.

IT IS SO ORDERED.

Dated:   **April 20, 2023**

UNITED STATES MAGISTRATE JUDGE