# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH, | Case No.  1:08-cv-01655-SAB (PC) |
| Plaintiff, | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE LOUIS BRANCH, CDCR #B-17786 |
| v. | |
| D. UMPHENOUR, | |
| Defendant. | |

A settlement conference in this matter commenced on May 1, 2023.  Inmate Louis Branch, CDCR #B-17786, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **May 1, 2023**　　　　　　　　　/s/ *Barbara A. McAuliffe*

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE