# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH,<br><br>    Plaintiff,<br><br>    v.<br><br>D. UMPHENOUR,<br><br>    Defendant. | Case No. 1:08-cv-01655-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE PURSUANT TO THE PARTIES; STIPULATION<br><br>(ECF No. 408) |

On May 4, 2023, the parties filed a stipulation to enter judgment and close the case. Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff's claim that Defendant Umphenour retaliated against him for exercising his First Amendment rights by destroying Plaintiff's legal and personal property is dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii);

2. All other claims and Defendants are dismissed for failure to state a cognizable claim for relief, pursuant to the Order Screening Fourth Amended Complaint filed on December 15, 2021;

3. Each party shall bear its own costs and attorney's fees; and

4. The Clerk of the Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated: **May 4, 2023**

UNITED STATES MAGISTRATE JUDGE